**Jessie FOGGIE, Plaintiff–Appellant,**

v.

**SEARS ROEBUCK AND COMPANY; Mark Testman, Defendants–Appellees,**

and

**Linda Herring; Robert Shord; Jim White; Vollie Dyer; David Wilkins; Jane Smith; Keir Sutton; Delores Taylor, Defendants.**

No. 00–2285.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided Feb. 27, 2001.

Jessie Foggie, pro se. Stephen Floyd Fisher, Anna Maria Darwin, Jackson, Lewis, Schnitzler & Krupman, Greenville, SC, for appellees.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Jessie Foggie appeals from the district court's order denying her motion for reconsideration filed pursuant to Fed. R.Civ.P. 59(e). Our review of the record

discloses that this appeal is without merit. Foggie's motion for reconsideration does not demonstrate that her underlying action was improperly dismissed. We therefore find that the district court's denial of her Rule 59(e) motion was not an abuse of discretion,* and affirm the district court's order on the reasoning of the district court. *Foggie v. Sears Roebuck & Co.,* No. CA–00–496–8 (D.S.C. Aug. 30, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

*AFFIRMED.*

---

* *United States v. Williams,* 674 F.2d 310, 312 (4th Cir.1982).